CITY OF NEW YORK, Appellant, v. ESTELLE STOLPENSKY, Respondent.—

Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur.   [See 1 A D 2d 95.]